IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LE "ELISABETH" TRAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-3377 |
| | § | |
| PARKWAY & PARKGREEN ON | § | |
| BELLAIRE, INDUS MANAGEMENT | § | |
| GROUP, and SS APARTMENT LLC, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM AND ORDER**

In September 2018, Le Tran, proceeding *pro se*, sued Parkway & Parkgreen on Bellaire, Indus Management Group, and SS Apartment, LLC, alleging that the defendants discriminated against her based on her race, sex, and national origin when she worked for Parkway & Parkgreen in 2017. (Docket Entry No. 1). The court scheduled an initial scheduling conference for February 12, 2019, and Tran moved to reset the conference so that she could have time to retain an attorney. (Docket Entry Nos. 11, 12). The court granted the motion, resetting the initial conference for May 10, 2019. (Docket Entry No. 13). On May 6, 2019, Tran again moved for an extension of time for the initial conference, this time asking for 6 months so that she could retain an attorney. (Docket Entry No. 15). The court granted the motion, setting the conference for July 15, 2019, to give Tran an additional 2 months. (Docket Entry No. 16).

Less than two weeks before the initial conference and over nine months after filing her complaint, Tran again moves for an extension of time, asking for "[a]t least 4 months of time" to retain an attorney. (Docket Entry No. 17). Because Tran has received 2 extensions and has had 9

months in which to retain an attorney, the court denies the motion.  The initial conference remains scheduled for **July 15, 2019, at 2:30 p.m.**

SIGNED on July 9, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge